JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, ADMINISTRATIVE MAINTENANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>      Plaintiffs,<br><br>  vs.<br><br>ANTONIO AUGUSTO ARCE, an individual doing business as "ARC ELECTRICAL SYSTEMS",<br><br>      Defendant. | Case No.: CV 14-08087 DDP (JEMx)<br><br>ASSIGNED TO THE HONORABLE DEAN D. PREGERSON<br><br>**JUDGMENT**<br><br>[FED. R. CIV. PROC. 55(b)(2)]<br><br>Hearing Date<br><br>Date:  April 13, 2015<br>Time:  10:00 a.m.<br>Ctrm:  3 |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFOR:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, Administrative Maintenance Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant, Antonio Augusto Arce, an individual, doing business as "Arc Electrical Systems", the principal amount of $14,701.24, plus post-judgment interest as provided by law from the date this judgment is entered.

Dated:  April 16, 2015

UNITED STATES DISTRICT JUDGE